IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CECILY A. GILMORE, | § | |
| | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. 4:15-cv-00614 |
| | § | |
| METLIFE INVESTORS USA | § | |
| INSURANCE COMPANY and | § | |
| METLIFE INSURANCE | § | |
| COMPANY USA, | § | |
| | § | |
|    Defendants. | § | |

## DEFENDANT'S CORPORATE DISCLOSURE
## STATEMENT AND DISCLOSURE OF INTERESTED PERSONS

Defendant MetLife Insurance Company USA ("MetLife"), the successor of MetLife Investors USA Insurance Company, files this disclosure of interested parties and corporate disclosure statement and states:

### I.

MetLife hereby certifies that the following entities are financially interested in the outcome of this litigation:

1.    Cecily A. Gilmore; and

2.    MetLife Insurance Company USA.

### II.

MetLife further states that it is a wholly owned subsidiary of MetLife, Inc.,

which is publicly traded.

Respectfully submitted,

By: /s/ Andrew C. Whitaker
      Andrew C. Whitaker
      State Bar No. 21273600
      andrew.whitaker@figdav.com

FIGARI & DAVENPORT, L.L.P.
901 Main Street, Suite 3400
Dallas, Texas 75202
(214) 939-2000
(214) 939-2090 (telecopy)

ATTORNEYS FOR DEFENDANT
METLIFE INSURANCE COMPANY
USA

## CERTIFICATE OF SERVICE

I hereby certify that, on April 22, 2015, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:  Mr. Noah Radbil, The Law Office of Noah D. Radbil, PLLC, 359 Tealwood Drive, Houston, Texas 77057.

    /s/ Andrew C. Whitaker
    Andrew C. Whitaker